Kevin Cortright    SBN267224
Law Offices of Cortright,
Valentine & Associates
27186 Newport Rd., #1
Menifee, CA 92584

Telephone: (951) 200-7505
Facsimile:  (951) 200-7506

Attorneys for Lisa Young

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE CENTRAL DISTRICT

| | |
|---|---|
| In Re, LISA GILLIAN YOUNG | ) Case No.: 6:10-BK-33366-CB |
| Debtor | ) Adversary Case No: 6:10-ap-01523-CB |
| _____ | ) **ANSWER TO ADVERSARY** |
| | ) **COMPLAINT OF GERRY GALLAGHER:** |
| LISA GILLIAN YOUNG | ) |
| Cross-Plaintiff | ) |
| vs. | ) [No Hearing Set] |
| | ) |
| GERRY GALLAGHER and ROES 1 to 25, | ) |
| inclusive | ) |
| Cross-Defendant(s) | ) |
| _____ | ) |

Defendants Debtor in Possession Lisa Gillian Young, and
David Keys, Answers the Complaint as follows:

1. Except as expressly admitted, Defendants and each of them

   lacks sufficient information or belief to admit or deny

   the allegations contained in paragraph 1 and on this

basis denies each and every of the remaining allegations

contained therein.

2. Defendants and each of them denies the allegations

contained in paragraph 2.

3. Except as expressly admitted, Defendants and each of them

lacks sufficient information or belief to admit or deny

the allegations contained in paragraph 3 and on this

basis denies each and every of the remaining allegations

contained therein.

4. Defendants and each of them admit the allegations

contained in paragraph 4.

5. Except as expressly admitted, Defendants and each of them

lacks sufficient information or belief to admit or deny

the allegations contained in paragraphs 5 through

paragraph 7 and on this basis denies each and every of

the remaining allegations contained therein.

6. Defendants and each of them admit the allegations

contained in paragraphs 8 through paragraph 11.

7. Except as expressly admitted, Defendants and each of them

lacks sufficient information or belief to admit or deny

the allegations contained in paragraphs 12 through

paragraphs 35 and on this basis denies each and every of

the remaining allegations contained therein.

///

Defendants further alleges the following reasons why the Complainant is not entitled to recover anything by the instant Complaint.

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Cause of Action)

These answering  Defendants allege that the complaint and each and every Cause of Action therein fails to state a Cause of Action.

### SECOND AFFIRMATIVE DEFENSE

#### (Unclean Hands)

These answering Defendants allege that to the extent the complaint seeks equitable relief, Plaintiff's inequitable conduct constitutes unclean hands and therefore bars the granting of relief to Plaintiff herein.

### THIRD AFFIRMATIVE DEFENSE

#### (Anticipatory Repudiation)

These answering Defendants are informed and believe and on such information and belief allege that Plaintiff breached their contract, if any, with Defendants, and that by reason of said breach of contract, Defendants have been excused of their duties to perform all obligations set forth in said contract.

**FOURTH AFFIRMATIVE DEFENSE**

(Offset)

These answering Defendants allege that they have suffered damage by reason of Plaintiff's conduct; that they have the right of offset if any amount of money is owed to Plaintiff or due Plaintiff by way of damage.

**FIFTH AFFIRMATIVE DEFENSE**

(Waiver)

These answering Defendants are informed and believe and on such information and belief allege, that Plaintiff was engaged in conduct that constitutes a waiver of their rights under the contract alleged in the complaint. By reason of said waiver, defendants are excused from further performance of the obligations under the alleged contract.

**SIXTH AFFIRMATIVE DEFENSE**

(Release)

These answering Defendants allege that Plaintiff's actions constituted a full release and waiver by Plaintiff of any and all claims which Plaintiff may have against Defendants.

///

///

///

**SEVENTH AFFIRMATIVE DEFENSE**

(In Pari Delicto)

These answering Defendants allege that the Plaintiff herein and each and every purported Cause of Action in the complaint are barred because Plaintiff has engaged in acts and courses of conduct which rendered them in pari delicto.

**EIGHTH AFFIRMATIVE DEFENSE**

(Equitable Estoppel)

These answering Defendants allege that the complaint herein, and each and every Cause of Action contained in the complaint, are barred by reason of acts, omissions, representations and courses of conduct by Plaintiff by which Defendants were led to rely to their detriment, thereby barring, under the doctrine of equitable estoppel, any Causes of Action asserted by the Plaintiffs.

**NINTH AFFIRMATIVE DEFENSE**

(Condition Precedent)

These answering Defendants allege that performance by these Defendants of certain acts were contingent upon receipt of specific instructions or otherwise properly directed any action which supposedly were to be undertaken by these Plaintiff, thus Plaintiff's authority, direction and cooperation was a condition

1  precedent to any alleged-obligation-by-these Defendants to

2  perform such acts.

### TENTH AFFIRMATIVE DEFENSE

(Contributory Negligence)

7  These answering  Defendants are informed and believe and thereon

8  allege that the damages referred to in the complaint by

9  Plaintiff was proximately caused by the Plaintiff and/or others

10 affiliated in any manner with Plaintiff in that at all times

11 relevant herein, Plaintiff, failed to exercise for their own

12 protection the proper care and precautions which prudent persons

13 under the same and similar circumstances would have exercised

14 and that if these answering Defendants committed any wrongful

15 act at all (which supposition is made for the purpose of their

16 defense without admitting such to be a fact), the aforesaid

17 conduct of  Plaintiff and/or entities or persons associated in

18 any manner with the Plaintiff contributed to the happenings of

19 Plaintiff's alleged damages.

### ELEVENTH AFFIRMATIVE DEFENSE

(Statute of Frauds)

24 These answering Defendants allege that the complaint is barred

25 by the provisions of Section 1624 of the Civil Code, i.e., the

26 Statute of Frauds.

27 ///

**TWELFTH AFFIRMATIVE DEFENSE**

(Failure of Consideration)

These answering  Defendants allege that the complaint herein and each and every purported Cause of Action in the complaint are barred as a result of a failure of consideration.

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Substantial or Partial Performance/Divisibility)

These answering  Defendants are informed and believe and on such information and belief allege that the contract alleged in the complaint, if any, has been substantially and/or partially performed, and as such, is subject to divisibility.

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

These answering Defendants are informed and believe and thereon allege that Plaintiff has failed to mitigate and lessen damages, if any it sustained, as required by law, and are barred from recovery by reason thereof against  Defendants.

///

///

///

///

**FIFTEENTH AFFIRMATIVE DEFENSE**

(Apportionment)

These answering  Defendants are informed and believe and thereon allege that the matters complained of in the complaint were proximately caused, in whole or in part, by the acts or omissions of a third party or parties or Plaintiffs. Accordingly, the liability of the Defendants and responsible parties, named or unnamed, should be apportioned according to their respective degrees of fault or other legal responsibility, and the liability, if any, of these answering Defendants should be reduced accordingly.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(Modification)

These answering  Defendants are informed and believe and thereon allege that the contract in question, if any, was modified by the parties, and that Plaintiff is barred from recovery on the unmodified original contract, if any, by reason of said modification.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Substituted Contract)

These answering Defendants are informed and believe and thereon allege that a new contract were substituted in place of the

1  original contract, if any, and that Plaintiff isbarred from

2  recovery on the original contract, if any.

3

4  ### EIGHTEENTH AFFIRMATIVE DEFENSE

5  (Mutual Mistake)

6

7  These answering Defendants are informed and believe and thereon

8  allege that if there presently exists or ever existed, any or

9  all of the alleged rights, claims or obligations which Plaintiff

10 seeks by way of their complaint, said claims or obligations are

11 unenforceable by reason of mutual mistake.

12

13 ### NINETEENTH AFFIRMATIVE DEFENSE

14 (Agreement is Not Fully Integrated)

15

16

17 These answering Defendants are informed and believe and thereon

18 allege that if there presently exists or ever existed, any or

19 all of the alleged rights, claims or obligations which Plaintiff

20 seeks by way of their complaint, said claims or obligations are

21 unenforceable because the written agreement is not fully

22 integrated.

23

24 ### TWENTIETH AFFIRMATIVE DEFENSE

25 (Assumption of the Risk)

26

27 These answering  Defendants are informed and believe and thereon

28 allege that if there presently exists or ever existed, any or

1  all of the alleged rights, claims or obligations which Plaintiff

2  by way of their complaint, said claims or obligations are

3  unenforceable because Plaintiff  assumed the risk involved in

4  the transaction.

5

6                    **TWENTY-FIRST AFFIRMATIVE DEFENSE**

7                         (Statute of Limitations)

8

9  These answering Defendants are informed and believe and thereon

10 allege that if there presently exists or ever existed, any or

11 all of the alleged rights, claims or obligations which Plaintiff

12 seeks by way of its complaint, each and every cause of action in

13 the complaint  is barred by the applicable sections of the

14 California Code of Civil Procedure.

15

16 WHEREFORE, Defendants  pray  that Plaintiff  take nothing by

   their Complaint and that Defendants have judgment against

17 Plaintiff and recover attorney fees and costs of suit herein

18 incurred, and such other relief as the court may deem proper.

19

20

21 Dated:  9-23-2010                 Kevin Cortright Attorney at

22                                   Law

23

24

25                           By _____

26                           Kevin Cortright

27                           Attorney for Defendants

28

PROOF OF SERVICE BY MAIL

(Code Civ. Proc. §§ 1013, subd.(a), 2015.5)

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am over the age of 18 years, not a party to the within entitled action; my business address is 27186 Newport Road Suite 1, Menifee, CA 92584, in the county of Riverside;

On September 23, 2010, I served the foregoing ANSWER TO COMPLAINT: by placing a true copy thereof for collection and mailing, in accordance with the Law Office of Kevin Cortright's ordinary business practice at 27186 Newport Road Suite 1, Menifee, CA 92584, enclosed in a sealed envelope, with postage fully prepaid, addressed as follows:

Law Offices of Carlos F. Negrete

27422 Calle Arroyo

San Juan Capistrano, CA 92675-2747

I am readily familiar with our office's practice of collection and processing of correspondence for mailing; it is our practice to deposit correspondence with the United States Postal Service on the same day it is submitted for mailing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:   September 23, 2010



Kevin Cortright