Kevin Cortright
Law Offices of Kevin Cortright
29970 Technology Dr., Ste. 211
Murrieta CA 92563
951-677-8064
951-677-8073 Fax
SBN: 267224

Attorney for Lisa Young



FILED & ENTERED

SEP 21 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In Re, LISA GILLIAN YOUNG,<br><br>        Debtor in Possesion.<br>_____<br>GERRY GALLAGHER,<br>        Plaintiff,<br>vs.<br><br>LISA GILLIAN YOUNG, dba CASA; and<br>DAVID KEYS,<br>        Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS.<br>_____ | Case No.: 6:10-bk-33366-SC<br><br>Chapter 11<br><br>Adversary Case No: 6:10-ap-01523-SC<br><br>**JUDGMENT ON DEFENDANTS'**<br>**COUNTER CLAIMS**<br><br>Date: August 31, 2011<br>Time: 9:00 a.m.<br>Room: Courtroom 5C<br>       411 W. Fourth Street<br>       Santa Ana, Ca 92701 |

    A trial was held in the above-captioned adversary proceeding on August 31, 2011, at 9:00 a.m. in Courtroom 5C of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West Fourth Street, Santa Ana, Ca 92701. All appearances are as noted on the record.

    For the reasons set forth on the record, the Court hereby orders that

    1. Judgment on Defendants' First Counter Claim filed on May 2, 2011, [Docket No. 16] is entered in favor of Defendants and against Plaintiff. Plaintiff shall pay Debtor in Possession $50,800.00.

    2. Judgment on Defendants' Second Counter Claim filed on May 2, 2011, [Docket No. 16] is entered in favor of Defendants and against Plaintiff. Plaintiff shall turnover any and all personal property and fixtures stated in Exhibit "A" of

Defendants' Counter Claim to Debtor in Possession that are in Plaintiff's possession or control. If Plaintiff fails to return said personal property and fixtures within 15 days, Plaintiff shall owe Debtor in Possession, $7,500.00, which shall be offset with the security deposit that Debtor in Possession holds in the amount of $10,000.00. Therefore, Judgment shall be entered in favor for Defendants in the amount of $0.00.

**IT IS SO ORDERED.**

###

DATED: September 21, 2011

United States Bankruptcy Judge

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

29970 Technology Dr., Ste. 211
Murrieta CA 92563

A true and correct copy of the foregoing document described as **ORDER ENTERING JUDGMENT ON COUNTER CLAIM OF DEBTOR LISA GILLIAN YOUNG AGAINST GERRY GALLAGHER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

• Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___9/13/11_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Plaintiff: **Gerry Gallagher**
c/o LAW OFFICES OF CARLOS F. NEGRETE
27422 Calle Arroyo
San Juan Capistrano, CA 92675

Defendants: Lisa Gillian Young/David Keys, 2045 Araby Drive, Palm Springs, CA 92264
Judge: Hon. Scott Clarkson, US Bankruptcy Court, 411 W Fourth St, Ste. 5130, Santa Ana CA 92701

• Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/16/10 I served the following person(s) and/or entity(ies) by personal delivery, or (per court order) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

• Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *9/13/11* | *JENNIFER KRIES* | */s/ Jennifer Kries* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **JUDGMENT ON DEFENDANTS' COUNTER CLAIMS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *9/20/11*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kevin M Cortright    jk@cortrightlaw.com
- Carlos F Negrete    cnegrete1@hotmail.com, rsor@negretelaw.com;justine@negretelaw.com;cfnbknotice@gmail.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Lisa Gillian Young
David Keys
2045 Araby Drive
Palm Springs, CA 92264

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page